PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Thyshon Lattimore     Cr.: 17-00026-001
PACTS #: 2246623

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/14/2017

Original Offense:    Count One: Felon in Possession of a Firearm

Original Sentence: 65 months imprisonment, 36 months supervised release

Violation Offense: Count One: Unlawful Substance Use

Violation Sentence (12/01/21): 13 months imprisonment, 1 year of supervised release

Special Conditions: Substance Abuse Testing/Treatment, Mental Health Treatment

Type of Supervision: Supervised Release     Date Supervision Commenced: 10/13/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On October 18, 2022, the individual under supervision (IUS) provided a urine sample which tested positive for Norfentanyl, Oxymorphone and THC. |
| | On November 22, 2022, the IUS provided a urine sample that was suspected of being positive for Oxycodone. The laboratory results indicated the urine specimen was diluted. |

U.S. Probation Officer Action:
The IUS was released from the Bureau of Prisons on October 13, 2022. He admitted to using marijuana while in custody but denied using any other substances. Prior to the second test, the IUS admitted to taking a prescription pill from his girlfriend due to having a headache, but he did not know what he took.

Based on the tests results, the IUS has been referred for a substance abuse and mental health evaluation at Oaks Integrated Care in Montclair. At this time, it is recommended no action be taken by the Court. If the IUS continues to use narcotics, the Court will be notified.

Prob 12A – page 2
Thyshon Lattimore

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Patrick Hattersley/SGM*

By:   PATRICK HATTERSLEY
Senior U.S. Probation Officer

/ ph

APPROVED:

_____   12/20/2022
SUZANNE GOLDA-MARTINEZ        Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

December 20, 2022
Date