PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Thyshon Lattimore        Cr.: 17-00026-001
PACTS #: 2246623

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/14/2017

Original Offense:    Count One: Felon in Possession of a Firearm., 18 U.S.C. Section 922 (g)(1)

Original Sentence: 65 months imprisonment, 3 years' supervised release

Special Conditions: Special Assessment, Alcohol Treatment, Drug Treatment, Substance Abuse Testing, Mental Health Treatment

Type of Supervision: Supervised Release        Date Supervision Commenced: 10/13/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On April 5, 2023, Mr. Lattimore tested positive for Oxycodone and Oxymorphone. A drug test taken on May 3, 2023 tested negative for illicit substances. |

U.S. Probation Officer Action:
Mr. Lattimore is currently attending substance abuse treatment at Oaks Integrated. His treatment provider was notified of the positive result, and he will continue to address his treatment needs through individual therapy. He will also continue to be randomly drug tested.

       Respectfully submitted,

       SUSAN M. SMALLEY, Chief
       U.S. Probation Officer

       By:    ERIKA M. ARNONE
       Senior U.S. Probation Officer

/ ema

Prob 12A – page 2
Thyshon Lattimore

APPROVED:

_____  May 10, 2023____
SUZANNE GOLDA-MARTINEZ                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

May 12, 2023
Date